IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**FREDDY CRESPO,**

    **Plaintiff,**

v.          Case No. 5:14cv195-MW/CJK

**SCOTT, et al.,**

    **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 59. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendants Lopez, Honeycutt, Lewis, and Solis's Motion to Dismiss for Failure to Exhaust Administrative Remedies or in the Alternative Motion for Summary Judgment, ECF No. 56, is **GRANTED**. Plaintiff's claims are **DISMISSED** for failure to exhaust his

1

administrative remedies." The Clerk shall close the file.

**SO ORDERED on March 29, 2017.**

                                                <u>s/Mark E. Walker</u>              ____
                                                **United States District Judge**